IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-00249-JRG |
| | ) |
| FORTINET, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT CONCERNING *INTER PARTES* REVIEWS**

Pursuant to this Court's Order dated November 22, 2021 (ECF No. 15), Plaintiff K.Mizra LLC and Defendant Fortinet, Inc. hereby submit a Joint Status Report on the status of *inter partes* review proceedings currently pending before the Patent Trial and Appeal Board.

Regarding U.S. Patent No. 8,965,892, the PTAB instituted an IPR (Case No. IPR2021-00594, Paper 10) on September 24, 2021, on claims 1-7, and 9-18. The PTAB entered its Final Written Decision on August 12, 2022 (Paper 35), wherein the Board determined that claims 1-7 and 9-18 are unpatentable. On September 14, 2022, K.Mizra LLC appealed to the U.S. Court of Appeals for the Federal Circuit from the PTAB's Final Written Decision (Paper 36).

Regarding U.S. Patent No. 8,234,705, the PTAB instituted an IPR (Case No. IPR2021-00593, Paper 9) on September 24, 2021, on claims 1-3, 5-13, and 15-19. The PTAB entered its Final Written Decision on September 19, 2022 (Paper 41), that claims 1-3, 5-13, and 15-19 were not shown to be unpatentable.

Regarding U.S. Patent No. 9,516,048, an IPR petition was filed by third party Hewlett Packard Enterprise Co. (Case No. IPR2022-00843, Paper 1) on April 13, 2022, on claims 1-20.

Patent Owner K.Mizra LLC filed its Preliminary Patent Owner's Response on August 5, 2022. An institution decision from the PTAB is expected approximately November 5, 2022.

Respectfully submitted,

| | |
|---|---|
| FOLIO LAW GROUP PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: */s/ Joseph M. Abraham* <br> Cristofer I. Leffler, WA Bar No. 35020 <br> **LEAD COUNSEL** <br> Cliff Win, Jr., CA Bar No. 270517 <br> Folio Law Group, PLLC <br> 200 Westlake Ave. N. <br> Suite 809 <br> Seattle, WA 98109 <br> Tel: (206) 880-1802 <br> Email: cris.leffler@foliolaw.com <br> Email: cliff.win@foliolaw.com <br><br> Joseph M. Abraham, TX Bar No. 24088879 <br> 13492 Research Blvd., Suite 120, No. 177 <br> Austin, TX 78750 <br> Tel: (737) 234-0201 <br> Email: joseph.abraham@foliolaw.com <br><br> *Of Counsel*: <br><br> Andrea L. Fair <br> Texas Bar No. 24078488 <br> Claire Abernathy Henry <br> Texas Bar No. 24053063 <br> WARD, SMITH & HILL, PLLC <br> 1507 Bill Owens Pkwy. <br> Longview, TX 75604 <br> Tel: (903) 757-6400 <br> Fax: (903) 757-2323 <br> Email: andrea@wsfirm.com <br> Email: claire@wsfirm.com <br><br> *Counsel for Plaintiff K.Mizra LLC* <br><br> Dated: September 26, 2022 | By: */s/ Andrew M. Holmes* <br> Andrew M. Holmes (admitted in E.D. Tex.) <br> California Bar #260475 <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> 415-875-6600 <br> 415-875-6700 (Facsimile) <br> drewholmes@quinnemanuel.com <br><br> J. Mark Mann <br> State Bar No. 12926150 <br> mark@themannfirm.com <br> G. Blake Thompson <br> State Bar No. 24042033 <br> MANN \| TINDEL \| THOMPSON <br> blake@themannfirm.com <br> 201 East Howard <br> Henderson, TX 75654 <br> Telephone: 903-657-8540 <br> Facsimile: 903-657-6003 <br><br> *Attorneys for Fortinet, Inc.* |

3

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on the 26th day of September 2022, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: <i>/s/ Joseph M. Abraham</i><br>Joseph M. Abraham