# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-00247-JRG |
| | ) | |
| CA, INC., | ) | (Lead Case) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| K.MIZRA LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-00248-JRG |
| v. | ) | |
| | ) | (Member Case) |
| FORESCOUT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| K.MIZRA LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-00249-JRG |
| v. | ) | |
| | ) | (De-consolidated) |
| FORTINET, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| K.MIZRA LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-00305-JRG |
| v. | ) | |
| | ) | (Non-consolidated) |
| HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT CONCERNING *INTER PARTES* REVIEWS**

Pursuant to this Court's Orders,[1] Plaintiff K.Mizra LLC ("K.Mizra") and Defendants Forescout, Inc. ("Forescout"); Fortinet, Inc. ("Fortinet"); and Hewlett Packard Enterprise Company and Aruba Networks, LLC ("HPE") hereby submit a Joint Status Report on the status of *inter partes* review proceedings related to this case, all of which have now concluded before the Patent Trial and Appeal Board.

Final decisions have now issued by the USPTO Patent Trial and Appeal Board as to all three of the patents at issue in these cases. As detailed below, the PTAB upheld the patentability of the asserted claims of U.S. Patent No. 8,234,705 (the '705 Patent) and U.S. Patent No. 9,516,048 (the '048 Patent), and the Board found the asserted claims of U.S. Patent No. 8,965,892 (the '892 Patent) unpatentable. The '075 and '048 Patents are asserted against Forescout, Fortinet, and HPE, and the '892 Patent is asserted only against Fortinet.

### I. The '892 Patent

As noted in the parties' prior Joint Status Report of September 26, 2022, regarding U.S. Patent No. 8,965,892 (asserted against Defendant Fortinet only), the PTAB instituted an IPR (Case No. IPR2021-00594, Paper 10) on September 24, 2021, on claims 1-7, and 9-18. The PTAB entered its Final Written Decision on August 12, 2022 (Paper 35), wherein the Board determined that claims 1-7 and 9-18 are unpatentable. On September 14, 2022, K.Mizra appealed to the U.S. Court of Appeals for the Federal Circuit from the PTAB's Final Written Decision (Paper 36).

---

[1] No. 2:21-cv-00247-JRG, ECF No. 79 (Dec. 2, 2021) (Forescout); No. 2:21-cv-00249-JRG, ECF No. 15 (Nov. 22, 2021) (Fortinet); No. 33, ECF No. 2:21-cv-00305-JRG (Nov. 17, 2021) (HPE).

## II. The '705 Patent

As also noted in the parties' prior Joint Status Report of September 26, 2022, regarding U.S. Patent No. 8,234,705 (asserted against each of Forescout, Fortinet, and HPE), the PTAB instituted an IPR (Case No. IPR2021-00593, Paper 9) on September 24, 2021, on claims 1-3, 5-13, and 15-19. The PTAB entered its Final Written Decision on September 19, 2022 (Paper 41), that claims 1-3, 5-13, and 15-19 were not shown to be unpatentable. On September 27, 2022, petitioner Cisco Systems, Inc. appealed to the U.S. Court of Appeals for the Federal Circuit from the PTAB's Final Written Decision (Paper 42).

## III. The '048 Patent

Regarding U.S. Patent No. 9,516,048 (also asserted against each of Forescout, Fortinet, and HPE), on October 31, 2022, the PTAB issued its Decision Denying Institution of *Inter Partes* Review (Paper 14).

## IV. Status of the Cases When Stayed

The parties further write to briefly apprise the Court of the status of significant case events relating to each of the constituent matters captioned above, so that the Court may take such into account for go-forward scheduling purposes:

1. **-247 Case:** On August 24, 2021, K.Mizra's formerly asserted case against Defendant CA, Inc., was consolidated for pretrial purposes with K.Mizra's claims against Forescout and Fortinet in lead case 2:21-cv-00247-JRG. *See* Case No. 2:21-cv-00247-JRG, ECF No. 15. K.Mizra moved to dismiss its case against CA, Inc. (though not against consolidated Defendants Forescout and Fortinet) on October 27, 2021, which motion the Court granted on November 2, 2021. *See id.* ECF Nos. 60, 67. Thereafter, K.Mizra's cases against Forescout and Fortinet were consolidated for pretrial purposes

in Lead Case No. 2:21-cv-247-JRG, until the stay against Fortinet was entered in November 2021 (*see* No. 3 *infra*).

2. **-248 Case:** K.Mizra's case against Forescout was stayed pending resolution of IPR per the Court's December 2, 2021 order granting K.Mizra and Forescout's joint motion. *See* No. 2:21-cv-00248-JRG, ECF Nos. 78-79.

    a. As of the December 2, 2021 stay:

        i. The parties had filed, and the Court had entered, a Docket Control Order; Discovery Order; and Protective Order. *See* ECF Nos. 52 (DCO), 53, 58.

        ii. K.Mizra had served its preliminary infringement contentions; Forescout had not yet served its preliminary invalidity contentions; and no events relating to claim construction had yet occurred. *See* No. 2:21-cv-00247-JRG, DCO at 4.

    b. In addition, Forescout had filed both a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and a Motion to Dismiss K.Mizra's Amended Complaint. *See* No. 2:21-cv-00247-JRG, ECF Nos. 23 (Sept. 10, 2021), 44 (Oct. 7, 2021). Briefing was closed as to both motions before the case was stayed (*see* ECF Nos. 75 (Nov. 19, 2021) (motion to transfer), 68 (Nov. 5, 2021) (motion to dismiss)), but the Court had not yet ruled on either motion.

3. **-249 Case:** K.Mizra's case against Fortinet was de-consolidated from the -247 Lead Case and stayed pending resolution of IPR per the Court's November 22, 2021 order granting K.Mizra and Fortinet's joint motion. *See* No. 2:21-cv-00247-JRG, ECF Nos. 73, 75; No. 2:21-cv-00249-JRG, ECF No. 15.

4

    a. As of the November 22, 2021 stay:

        i. The parties had filed, and the Court had entered, a Docket Control Order; Discovery Order; and Protective Order. *See* No. 2:21-cv-00247-JRG, ECF Nos. 52 (DCO), 53, 58.

        ii. K.Mizra had served its preliminary infringement contentions; Fortinet had not yet served its preliminary invalidity contentions; and no events relating to claim construction had yet occurred. *See* No. 2:21-cv-00247-JRG, DCO at 4.

4. **-305 Case:** K.Mizra's case against HPE was initiated approximately one month later than the three cases above (filed August 9, 2021, as compared to July 8, 2021, for the three cases above). K.Mizra's claims against HPE were stayed pending resolution of IPR per the Court's November 17, 2021 order granting K.Mizra and HPE's joint motion. *See* Nos. 29, 33. As of the November 17, 2021 stay, the parties had not yet appeared for initial scheduling conference. K.Mizra had served its preliminary infringement contentions; HPE had not yet served its preliminary invalidity contentions; and no events relating to claim construction had yet occurred.

                                                                       Respectfully submitted,

| FOLIO LAW GROUP PLLC | WINSTON & STRAWN LLP |
|---|---|
| By: */s/ Joseph M. Abraham* <br> Cristofer I. Leffler, WA Bar No. 35020 <br> **LEAD COUNSEL** <br> Cliff Win, Jr., CA Bar No. 270517 <br> Folio Law Group, PLLC <br> 200 Westlake Ave. N. <br> Suite 809 <br> Seattle, WA 98109 | */s/ Kimball Anderson* <br> Kimball R. Anderson (IL Bar No. 49980) <br> WINSTON & STRAWN LLP <br> 35 West Wacker Drive <br> Chicago, IL 60601-9703 <br> 312-558-5600 (phone) <br> 312-558-5700 (fax) <br> kanderson@winston.com |

Tel: (206) 880-1802
Email: cris.leffler@foliolaw.com
Email: cliff.win@foliolaw.com

Joseph M. Abraham, TX Bar No. 24088879
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joseph.abraham@foliolaw.com

*Of Counsel*:

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas Bar No. 24053063
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: andrea@wsfirm.com
Email: claire@wsfirm.com

*Counsel for Plaintiff K.Mizra LLC*

Matthew R. McCullough (CA Bar No. 301330)
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
650-858-6500 (phone)
650-858-6550 (fax)
mrmccullough@winston.com

William Fox (TX Bar No. 24101766)
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
214-453-6500 (phone)
214-453-6400 (fax)
wfox@winston.com

Deron Dacus (TX Bar No. 00790553)
Shannon Dacus (TX Bar No. 00791004)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com
sdacus@dacusfirm.com

*Attorneys for Defendant Forescout Technologies, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Andrew M. Holmes*
Andrew M. Holmes (admitted in E.D. Tex.)
California Bar #260475
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
415-875-6700 (Facsimile)
drewholmes@quinnemanuel.com

J. Mark Mann

HALTOM & DOAN

*/s/ Joshua R. Thane*
Joshua R. Thane
Texas Bar No. 24060713
Kyle R. Akin
Texas Bar No. 24105422
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jthane@haltomdoan.com

6

State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
MANN | TINDEL | THOMPSON
blake@themannfirm.com
201 East Howard
Henderson, TX 75654
Telephone: 903-657-8540
Facsimile: 903-657-6003

*Attorneys for Fortinet, Inc.*

Email: kakin@haltomdoan.com

Manish K. Mehta
IL Bar No. 6290204
Kalpesh K. Shah
IL Bar No. 6275895
Cristina Q. Almendarez
IL Bar No. 6316733
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606 4637
Telephone: (312) 624-6403
Facsimile: (312) 767-9192
mmehta@beneschlaw.com
kshah@beneschlaw.com
calmendarez@beneschlaw.com

**ATTORNEY FOR DEFENDANTS HEWLETT-PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC**

Dated:  November 8, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November 2022, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: <i>/s/ Joseph M. Abraham</i><br>
Joseph M. Abraham