IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FORTINET, INC.,<br><br>    Defendant. | Civil Action No.: 2:21-cv-00249-JRG<br><br>**Jury Trial Demanded** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Fortinet, Inc. ("Fortinet") (collectively, the "Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

The Parties have reached a settlement in principle to resolve all matters in controversy between them. In accordance with this Court's Standing Order Regarding Proper Notification of Settlement to the Court, the Parties request that the Court stay all deadlines for thirty (30) days so that appropriate dismissal papers may be submitted upon finalization of a written settlement agreement. The Parties anticipate filing a stipulation of dismissal within thirty (30) days.

Dated:  January 6, 2023

By: /s/ Angela J. Bubis
    Cristofer Ivan Leffler
    Cliff Win, Jr.
    Folio Law Group, PLLC
    1200 Westlake Ave. N.
    Suite 809
    Seattle, WA 98109
    Tel: 206-880-1802
    Email: cris.leffler@foliolaw.com
          cliff.win@foliolaw.com

    Joseph Michael Abraham
    Folio Law Group, PLLC
    13492 Research Blvd.
    Suite 120, No. 177
    Austin, TX 78750
    Tel: 737-234-0201
    Email: joseph.abraham@foliolaw.com

    Claire Abernathy Henry
    Andrea Leigh Fair
    Ward, Smith & Hill, PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Tel: 903-757-6400
    Email: claire@wsfirm.com
          andrea@wsfirm.com

    Paul Sung Cha
    (admitted *pro hac vice)*
    CO State Bar No. 34811
       pscha@sheridanross.com
    Angela J. Bubis
    (admitted *pro hac vice*)
    CO State Bar No. 58144
       abubis@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, Colorado 80202-5141
    Tel: 303 863-9700
    Email: litigation@sheridanross.com

*Attorneys for Plaintiff K.Mizra LLC*

Respectfully submitted,

By: /s/ Jeffrey W. Nardinelli
    David Aaron Nelson
    Quinn Emanuel Urquhart & Sullivan LLP
    191 N. Wacker Drive
    Suite 2700
    Chicago, IL 60606
    Tel: 312-705-7465
    Email: davenelson@quinnemanuel.com

    Drew Holmes
    Iman Lordgooei
    Jeffrey William Nardinelli
    Quinn Emanuel Urquhart & Sullivan LLP
    50 California Street
    22nd Floor
    San Francisco, CA 94111
    Tel: 415-875-6491
    Email: drewholmes@quinnemanuel.com
           imanlordgooei@quinnemanuel.com
           jeffnardinelli@quinnemanuel.com

*Attorneys for Defendant Fortinet, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on January 6, 2023.

/s/ Angela J. Bubis
Angela J. Bubis

*Attorney for Plaintiff K.Mizra LLC*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), counsel for the Parties met and conferred via email on January 4, 2023. The Parties are in agreement and are seeking joint relief.

/s/ Angela J. Bubis
Angela J. Bubis

*Attorney for Plaintiff K.Mizra LLC*