**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| K.MIZRA LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00249-JRG |
| | § | |
| FORTINET, INC., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Joint Motion to Stay and Notice of Settlement (the "Motion") filed by Plaintiff K.Mizra LLC and Defendant Fortinet, Inc. (Dkt. No. 21.) In the Motion, the parties represent that they have reached a settlement. (*Id*. at 1.) The parties thus request a stay of the above-captioned case to prepare the appropriate dismissal papers and finalize a written settlement agreement. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED** as modified by the Court herein. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, up to and including February 8, 2023, by which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 9th day of January, 2023.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE