IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FORTINET, INC.,<br><br>　　　　Defendant. | Civil Action No.: 2:21-cv-00249-JRG<br><br><br>**Jury Trial Demanded** |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANT FORTINET, INC.**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Fortinet, Inc. ("Fortinet"), jointly stipulate and move to dismiss all claims in the above-captioned action WITH PREJUDICE. K.Mizra and Fortinet are to bear their own costs, expenses, and attorneys' fees and knowingly and voluntarily waive any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorneys' fees, or other expenses associated with the matters settled by this Stipulation of Dismissal.

Accordingly, the parties request that the Court dismiss this case with prejudice. A proposed order is attached.

| | |
|---|---|
| Dated: February 3, 2023 | Respectfully submitted, |
| By: */s/ Paul Sung Cha* | By: */s/ Drew Holmes* |

<div style="display: flex;">

Dated: February 3, 2023

By: */s/ Paul Sung Cha*
   Claire Abernathy Henry
   Texas Bar No. 24053063
   Andrea Leigh Fair
   Texas Bar No. 24078488
   Ward, Smith & Hill, PLLC
   1507 Bill Owens Parkway
   Longview, TX 75604
   903-757-6400
   Email: claire@wsfirm.com
          andrea@wsfirm.com

   Paul Sung Cha
   (admitted *pro hac vice)*
   CO State Bar No. 34811
     pscha@sheridanross.com
   Angela J. Bubis
   (admitted *pro hac vice*)
   CO State Bar No. 58144
     abubis@sheridanross.com
   SHERIDAN ROSS P.C.
   1560 Broadway, Suite 1200
   Denver, Colorado 80202-5141
   Tel: (303) 863-9700
   E-mail: litigation@sheridanross.com

*Attorneys for Plaintiff K.Mizra LLC*

Respectfully submitted,

   David Aaron Nelson
   Quinn Emanuel Urquhart & Sullivan LLP
   191 N. Wacker Drive
   Suite 2700
   Chicago, IL 60606
   Tel: 312-705-7465
   Email: davenelson@quinnemanuel.com

   Drew Holmes
   Iman Lordgooei
   Jeffrey William Nardinelli
   Quinn Emanuel Urquhart & Sullivan LLP
   50 California Street
   22nd Floor
   San Francisco, CA 94111
   Tel: 415-875-6491
   Email: drewholmes@quinnemanuel.com
           imanlordgooei@quinnemanuel.com
           jeffnardinelli@quinnemanuel.com

*Attorneys for Defendant Fortinet, Inc.*

</div>

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and that the Stipulation is being filed jointly by the parties.

/s/ *Paul Sung Cha*
Paul Sung Cha
(admitted *pro hac vice*)
CO State Bar No. 34811
  pscha@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Tel: (303) 863-9700
E-mail: litigation@sheridanross.com

*Attorney for Plaintiff K.Mizra LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on February 3, 2023.

/s/ *Paul Sung Cha*
Paul Sung Cha
(admitted *pro hac vice*)
CO State Bar No. 34811
  pscha@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Tel: (303) 863-9700
E-mail: litigation@sheridanross.com

*Attorney for Plaintiff K.Mizra LLC*